UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Wynell Harris,

      Plaintiff,

v.

Cavalry Portfolio Services, LLC,
Trans Union LLC and
Experian Services Corp.,

      Defendants.

Case No. 2:17-cv-12505
Hon. Stephen J. Murphy, III
Mag. Stephanie Dawkins Davis

_____

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION PURSUANT TO RULE 41(a) AS TO DEFENDANT CAVALRY PORTFOLIO SERVICES, LLC, ONLY, WITH PREJUDICE

Wynell Harris ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendant Cavalry Portfolio Services, LLC, only, with prejudice and without costs or attorney fees to either party.

Dated: November 9, 2017

Respectfully submitted,

By: */s/ Sergei Lemberg*

Sergei Lemberg, Esq.
Lemberg Law, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 9, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By */s/ Sergei Lemberg*
                                       Sergei Lemberg, Esq.